Alex L. Fugazzi (Nevada Bar #9022)
Patrick G. Byrne (Nevada Bar #007636)
Vance R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
      pbyrne@swlaw.com

*Attorneys for Defendants Matthew Maddox and Patricia Mulroy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN GAJ, Derivatively on Behalf of WYNN RESORTS, LIMITED,<br>    Plaintiff,<br>v.<br>STEPHEN A. WYNN, MATTHEW MADDOX, KIMMARIE SINATRA, D. BOONE WAYSON, ALVIN V. SHOEMAKER, JOHN J. HAGENBUCH, ROBERT J. MILLER, RAY R. IRANI, PATRICIA MULROY, CLARK T. RANDT, JR., JAY L. JOHNSON, MARC D. SCHORR, J. EDWARD VIRTUE, STEPHEN COOTEY, and CRAIG S. BILLINGS,<br>    Defendants,<br>-and-<br>WYNN RESORTS, LTD., a Delaware Corporation,<br>    Defendants. | Case No. 2:19-cv-00505-KJD-CWH<br><br>The Honorable Kent J. Dawson<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT**

## STIPULATION

**WHEREAS**, on March 25, 2019, Dustin Gaj ("Plaintiff") filed a shareholder derivative complaint, *Gaj v. Stephen A. Wynn, et al.*, Case No. 2:19-cv-00505-KJD-CWH (D. Nev.) against Stephen A. Wynn, Matthew Maddox, Kimmarie Sinatra, D. Boone Wayson, Alvin V. Shoemaker, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, Patricia Mulroy, Clark T. Randt, Jr., Jay L. Johnson, Marc D. Schorr, J. Edward Virtue, Stephen Cootey, and Craig S. Billings, also naming Wynn Resorts, Ltd. as a nominal defendant (the "Complaint");

**WHEREAS**, on March 27, 2019, Defendant Matthew Maddox accepted service of the Complaint;

**WHEREAS**, Defendant Matthew Maddox's deadline to move to dismiss the Complaint, or, in the alternative, answer the Complaint, is on April 17, 2019;

**WHEREAS**, on March 30, 2019, Defendant Patricia Mulroy accepted service of the Complaint;

**WHEREAS**, Defendant Patricia Mulroy's deadline to move to dismiss the Complaint, or, in the alternative, answer the Complaint, is on April 20, 2019;

**WHEREAS** Defendants intend to move to dismiss the Complaint, including on the grounds that the named Defendants exercised their business judgment in considering Plaintiff's demand, and for failure to state a claim;

**WHEREAS**, Plaintiff and Defendants Matthew Maddox and Patricia Mulroy agree that litigating piecemeal motions to dismiss the Complaint is not in the interest of judicial economy, and thus that litigating a single response to the Complaint would inure to the benefit of the parties and the Court.

///
///
///
///
///
///
///

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendants Matthew Maddox and Patricia Mulory's deadlines to respond to the Complaint shall be extended to June 10, 2019.

| **ALDRICH LAW FIRM LTD.** | **SNELL & WILMER LLP** |
|---|---|
| By: */s/ John P. Aldrich* | By: */s/ Alex L. Fugazzi* |
| ALDRICH LAW FIRM, LTD.<br>JOHN P. ALDRICH (SBN #6877)<br>7866 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 853-5490<br>Facsimile: (702) 227-1975<br>E-mail: jaldrich@johnaldrichlawfirm.com | Alex L. Fugazzi<br>Nevada Bar #9022<br>Patrick G. Byrne<br>Nevada Bar #007636<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Email: Afugazzi@swlaw.com<br>        Pbyrne@swlaw.com |
| ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>CRAIG W. SMITH<br>ASHLEY R. RIFKIN<br>STEVEN R. WEDEKING<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsarroyo.com<br>csmith@robbinsarroyo.com<br>arifkin@robbinsarroyo.com<br>swedeking@robbinsarroyo.com | *Attorneys for Defendants Matt Maddox and Patricia Mulroy* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated: This  23  Day of April, 2019

_____
United States Magistrate Judge

-2-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** by method indicated below:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below and addressed to the following:

| | |
|---|---|
| ALDRICH LAW FIRM, LTD.<br>JOHN P. ALDRICH (SBN #6877)<br>7866 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 853-5490<br>Facsimile: (702) 227-1975<br>E-mail: jaldrich@johnaldrichlawfirm.com<br><br>*Attorney for Plaintiff* | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>CRAIG W. SMITH<br>ASHLEY R. RIFKIN<br>STEVEN R. WEDEKING<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsarroyo.com<br>csmith@robbinsarroyo.com<br>arifkin@robbinsarroyo.com<br>swedeking@robbinsarroyo.com<br><br>*Attorneys for Plaintiff* |

Date: April 17, 2019

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.