1  ALDRICH LAW FIRM, LTD.
   JOHN P. ALDRICH (SBN #6877)
2  7866 West Sahara Avenue
   Las Vegas, NV 89117
3  Telephone: (702) 853-5490
   Facsimile: (702) 227-1975
4  E-mail: jaldrich@johnaldrichlawfirm.com

5  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS
6  CRAIG W. SMITH
   ASHLEY R. RIFKIN
7  STEVEN R. WEDEKING
   5040 Shoreham Place
8  San Diego, CA 92122
   Telephone: (619) 525-3990
9  Facsimile: (619) 525-3991
   E-mail: brobbins@robbinsarroyo.com
10         csmith@robbinsarroyo.com
           arifkin@robbinsarroyo.com
11         swedeking@robbinsarroyo.com

12 Attorneys for Plaintiff Dustin Gaj

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN GAJ, Derivatively on Behalf of WYNN RESORTS, LTD., | Case No. 2:19-cv-00505-KJD-CWH |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| STEPHEN A. WYNN, MATTHEW MADDOX, KIMMARIE SINATRA, D. BOONE WAYSON, ALVIN V. SHOEMAKER, JOHN J. HAGENBUCH, ROBERT J. MILLER, RAY R. IRANI, PATRICIA MULROY, CLARK T. RANDT, JR., JAY L. JOHNSON, MARC D. SCHORR, J. EDWARD VIRTUE, STEPHEN COOTEY, and CRAIG S. BILLINGS, | **(FIRST REQUEST)** |
| Defendants, | |
| -and- | |
| WYNN RESORTS, LTD., a Delaware Corporation, | |
| Nominal Defendant. | |

This is the first stipulation to extend the briefing schedule for the Motion to Dismiss filed on June 10, 2019 and all related briefing.

WHEREAS; on March 25, 2019, plaintiff Dustin Gaj ("Plaintiff") filed his Verified Stockholder Derivative Complaint for Violation of Securities, Law, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (the "Complaint") with the Court in the action, *Gaj v. Wynn*, Case No. 2:19-cv-00505-KJD-CWH (the "Action");

WHEREAS; on June 10, 2019, defendants Craig S. Billings, John J. Hagenbuch, Ray R. Irani, Jay L. Johnson, Matthew Maddox, Robert J. Miller, Patricia Mulroy, Clark T. Randt, Jr, Alvin V. Shoemaker, J. Edward Virtue, D. Boone Wayson, and nominal defendant Wynn Resorts, Ltd. filed a Motion to Dismiss or, in the Alternative, Stay Verified Stockholder Derivative Complaint for Violation of Securities, Law, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (ECF No. 39) ("Director Defendants' Motion to Dismiss");

WHEREAS; on June 10, 2019 and June 11, 2019, defendant Stephen A. Wynn filed a notice of joinder and motion to dismiss complaint (ECF. Nos. 38, 46 and 47) (collectively with Director Defendants' Motion to Dismiss, the "Motions to Dismiss");

WHEREAS; defendant Stephen Cootey ("Cootey") has yet to respond to the Complaint and the parties agree that defendant Cootey may file a response to the Complaint on or before June 26, 2019;

WHEREAS; defendant Kimmarie Sinatra's ("Sinatra") counsel, Garman Turner Gordon, has accepted service and a Notice of a Lawsuit and Request to Waiver Service of a Summons was sent to defendant Sinatra's counsel on June 19, 2019; and

WHEREAS; the parties agree that defendant Sinatra may file a response to the Complaint on or before July 8, 2019; and

WHEREAS; a unified briefing schedule will serve judicial efficiency and conserve the resources of the Parties and the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. Plaintiff shall file an omnibus opposition to the pending Motions to Dismiss and any Motion to Dismiss filed by Cootey or Sinatra, with a maximum of forty-five (45) pages, on or before August 8, 2019; and

2. Defendants shall file their replies on or before September 2, 2019.

Dated: June 25, 2019

Respectfully submitted,

/s/ Ashley R. Rifkin
ASHLEY R. RIFKIN
BRIAN J. ROBBINS
CRAIG W. SMITH
STEVEN R. WEDEKING
ROBBINS ARROYO LLP

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: arifkin@robbinsarroyo.com
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
swedeking@robbinsarroyo.com

JOHN P. ALDRICH
ALDRICH LAW FIRM, LTD.
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
E-mail: jaldrich@johnaldrichlawfirm.com

Attorneys for Plaintiff Dustin Gaj

Dated: June 25, 2019

/s/ Patrick G. Bryrne
PATRICK G. BYRNE
ALEX L. FUGAZZI
VANCE R. BOHMAN
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-mail: afugazzi@swlaw.com
pbyrne@swlaw.com

KIRKLAND & ELLIS LLP
MATTHEW SOLUM
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4688

|    |                          |                                                                 |
|----|--------------------------|-----------------------------------------------------------------|
| 1  |                          | Facsimile: (212) 446-4900<br>E-mail: matthew.solum@kirkland.com |
| 2  |                          | KIRKLAND & ELLIS LLP                                            |
| 3  |                          | MARK HOLSCHER<br>MICHAEL J. SHIPLEY                             |
| 4  |                          | 333 South Hope Street<br>Los Angeles, CA 90071                  |
| 5  |                          | Telephone: (213) 680-8190<br>Facsimile: (213) 808-8097          |
| 6  |                          | E-mail: mark.holscher@kirkland.com<br>michael.shipley@kirkland.com |

Attorneys for Defendants Matthew Maddox, D. Boone Wayson, Alvin V. Shoemaker, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, Patricia Mulroy, Clark T. Randt, Jr., Jay L. Johnson, J. Edward Virtue, Craig S. Billings, and Wynn Resorts, Ltd.

Dated: June 25, 2019                          /s/ Colleen C. Smith

COLLEEN C. SMITH
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-3985
Email: colleen.smith@lw.com

CAMPBELL & WILLIAMS
PHILIP R. ERWIN
J. COLBY WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-522
E-mail: pre@cwlawlvcom

Attorneys for Defendant Stephen A. Wynn

Dated: June 25, 2019                          /s/ Erika P. Turner

ERIKA P. TURNER
GARMAN TURNER GORDON
650 White Drive, Suite 100
Las Vegas, NV 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
E-mail: eturner@gtg.legal

Attorney for Defendant Kimmarie Sinatra

Dated: June 25, 2019                          /s/ Dan McNutt

DAN MCNUTT
McNUTT LAW FIRM, P.C.
625 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529

E-mail: drm@mcnuttlawfirm.com

Attorney for Defendant Stephen Cootey

IT IS SO ORDERED.

Dated: 6/26/2019

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1368094