ALDRICH LAW FIRM, LTD.
JOHN P. ALDRICH (SBN #6877)
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
E-mail: jaldrich@johnaldrichlawfirm.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
ASHLEY R. RIFKIN
STEVEN R. WEDEKING
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
      csmith@robbinsarroyo.com
      arifkin@robbinsarroyo.com
      swedeking@robbinsarroyo.com

Attorneys for Plaintiff Dustin Gaj

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN GAJ, Derivatively on Behalf of WYNN RESORTS, LTD., <br><br> Plaintiff, <br> v. <br><br> STEPHEN A. WYNN, MATTHEW MADDOX, KIMMARIE SINATRA, D. BOONE WAYSON, ALVIN V. SHOEMAKER, JOHN J. HAGENBUCH, ROBERT J. MILLER, RAY R. IRANI, PATRICIA MULROY, CLARK T. RANDT, JR., JAY L. JOHNSON, MARC D. SCHORR, J. EDWARD VIRTUE, STEPHEN COOTEY, and CRAIG S. BILLINGS, <br><br> Defendants, <br><br> -and- <br><br> WYNN RESORTS, LTD., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 2:19-cv-00505-KJD-CWH <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE** <br><br> **(FIRST REQUEST)** |

| | |
|---|---|
| 1 | This is the first stipulation to extend the briefing schedule for defendant Marc D. Schorr's Motion |
| 2 | to Dismiss Complaint (Doc No. 67). |
| 3 | WHEREAS, on June 25, 2019, plaintiff Dusitn Gaj ("Plaintiff") and all defendants except |
| 4 | defendant Marc D. Schorr ("Schorr") submitted a stipulation setting forth the following briefing schedule |
| 5 | regarding motions to dismiss: (1) defendant Stephen Cootey ("Cootey") may file a response to the |
| 6 | complaint on or before June 26, 2019; (2) defendant Kimmarie Sinatra ("Sinatra") may file a response to |
| 7 | the complaint on or before July 8, 2019; and (3) Plaintiff shall file an omnibus opposition to the already |
| 8 | pending motions to dismiss and any motions to dismiss (Doc. Nos. 56 and 53) filed by Cootey or Sinatra |
| 9 | on or before August 8, 2019, and defendants (with the exception of defendant Schorr) shall file their |
| 10 | replies by September 2, 2019 (the "Scheduling Stipulation") (Doc. No. 51); |
| 11 | WHEREAS, on June 28, 2019, the Court approved and entered the Scheduling Stipulation (Doc. |
| 12 | No. 55); |
| 13 | WHEREAS, prior to the entry of the Scheduling Stipulation, counsel for defendant Schorr had not |
| 14 | yet appeared as counsel or accepted service; |
| 15 | WHEREAS, on July 10, 2019, defendant Schorr filed the Stipulation Regarding Acceptance of |
| 16 | Service By Marc D. Schorr ("Service Stipulation") (Doc. No. 62); |
| 17 | WHEREAS, on July 16, 2019, the Court granted the Service Stipulation (Doc. No. 65); |
| 18 | WHEREAS, on July 18, 2019, defendant Schorr filed: (1) a motion to dismiss (Doc. No. 67); and |
| 19 | (2) a notice of joinder in the Wynn Resort Defendants' and defendant Sinatra's motions to dismiss (Doc. |
| 20 | No. 68) (together, "Defendant Schorr's Motion to Dismiss");[1] |
| 21 | WHEREAS, Plaintiff and defendant Schorr respectfully submit that a unified briefing schedule |
| 22 | will serve judicial efficiency and conserve resources; and |
| 23 | WHEREAS, Plaintiff's counsel and defendant Schorr's counsel have met and conferred and agree |
| 24 | that briefing on Defendant Schorr's Motion to Dismiss shall be on the same schedule as that for all other |
| 25 | defendants; |

---

[1] "Wynn Resort Defendants" refers to defendants Matthew Maddox, D. Boone Wayson, Alvin V. Shoemaker, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, Patricia Mulroy, Clark T. Randt, Jr., Jay L. Johnson, J. Edward Virtue, Craig S. Billings, and nominal defendant Wynn Resorts, Ltd.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and defendant Schorr, through their respective counsel of record, as follows:

1. Plaintiff's opposition to Defendant Schorr's Motion to Dismiss shall be incorporated into his omnibus opposition to be filed on or before August 8, 2019, pursuant to the Scheduling Stipulation; and

2. Defendant Schorr shall file his reply on or before September 2, 2019.

Dated: July 29, 2019

Respectfully submitted,

/s/ Steven R. Wedeking
STEVEN R. WEDEKING
ASHLEY R. RIFKIN
BRIAN J. ROBBINS
CRAIG W. SMITH
ROBBINS ARROYO LLP

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: arifkin@robbinsarroyo.com
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
swedeking@robbinsarroyo.com

JOHN P. ALDRICH
ALDRICH LAW FIRM, LTD.
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
E-mail: jaldrich@johnaldrichlawfirm.com

Attorneys for Plaintiff Dustin Gaj

Dated: July 29, 2019

/s/ Richard A. Schonfeld
Richard A. Schonfeld
David Z. Chesnoff
CHESNOFF & SCHONFELD, PC
520 S. 4th Street,
Las Vegas, Nevada, 89101
Telephone: (702) 384-5563
Facsimile: (702) 598-1425
E-mail: dzchenoff@cslawoffice.net
rschonfeld@cslawoffice.net

Attorney for Defendant Marc D. Schorr

1 | IT IS SO ORDERED.
2 |
3 | Dated: August 1, 2019
4 | _____
  | HONORABLE KENT J. DAWSON
  | UNITED STATES DISTRICT JUDGE