# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUSTIN GAJ, *derivatively on behalf of* Wynn Resorts, Ltd., | Case No. 2:19-cv-00505-KJD-DJA |
| Plaintiff, | ORDER |
| v. | |
| STEPHEN A. WYNN, *et al*, | |
| Defendants. | |

Presently before the Court is Defendants' Notice of Settlement (#101/102/103). Essentially, the Notice asserts that a global settlement has been reached in similar litigation pending in state court. The state court settlement is subject to judicial approval. Defendants have requested the Court withhold decision on Defendants' motions to dismiss pending final settlement in the state court action. Plaintiffs failed to oppose Defendants' request or respond in any manner. Therefore, the Court will deny the pending motions to dismiss as moot with the caveat that if the state court settlement is rejected, Defendants may renew the motions to dismiss by filing a notice of renewal with the Court (refiling or re-briefing will not be necessary).

Accordingly, IT IS HEREBY ORDERED that all pending motions are **DENIED as moot**;

IT IS FURTHER ORDERED that the parties filed a joint status report within thirty (30) days of the entry of this order.

Dated this 23RD day of March, 2020.

Kent J. Dawson
United States District Judge